UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. L-08-110 |
| | § | |
| $40350.00 (FORTY THOUSAND THREE HUNDRED FIFTY DOLLARS) UNITED STATES CURRENCY | § | |

## JUDGMENT OF FORFEITURE

Pending is an Agreed Motion for Judgment. Based on that motion and all the matters on file in this case, the following findings of fact are made by this Court:

(A) On August 12, 2008, a verified complaint for forfeiture was filed in this case setting forth probable cause to believe that the Defendant currency seized from Claimant Juan Ruiz is property involved in and facilitated violations of Title 21, United States Code. The Defendant currency was seized in Laredo, Texas, by agents of the Internal Revenue Service, an agency of the United States, and is within the jurisdiction of the Court.

(B) Claimant Juan Ruiz is the sole owner of Defendant currency.

(C) Notice was provided to Claimant through his attorney of record, Christina Flores, via certified mail and to all others through publication of the forfeiture action. No other person or entity has appeared to answer or defend the law suit.

(D) Claimant agrees that Defendant currency is forfeiteable to the United States pursuant to Title 21, United States Code, Section 881 and Title 18, United States Code, Section 981.

**IT IS THEREFORE ORDERED THAT:**

(1) Claimant's interest in Defendant currency is forfeited to the United States of America, and the United States is awarded judgment of forfeiture in the amount of **FORTY THOUSAND THREE HUNDRED FIFTY DOLLARS AND NO/100THS ($40,350.00) UNITED STATES CURRENCY.**

(2) Plaintiff and Claimant shall pay their own costs, attorney's fees, and all other expenses incurred by each party resulting from the seizure of the Defendant currency.

DONE at Laredo, TX, this 8th day of May, 2009.

_____
George P. Kazen
United States District Judge